

CONFIDENTIAL

# ALTICAST

## INTERACTIVE PROGRAM GUIDE

## PATENT LICENSE AGREEMENT

This Interactive Program Guide Patent License Agreement (this "Agreement"), dated as of the 1st day of September, 2005 (the "Effective Date"), is made and entered into by and between Gemstar-TV Guide International, Inc., a corporation organized under the laws of the State of Delaware, USA (which together with all of its Subsidiaries may be collectively referred to as "Gemstar") and Alticast, Corp., a corporation organized under the laws of the Korea (which together with all of its Subsidiaries may be collectively referred to as "Alticast"). Gemstar and Alticast are hereinafter sometimes individually referred to as a Party or collectively referred to as the Parties and agree as follows:

### RECITALS:

**WHEREAS**, Gemstar is in the business of, among other things, developing, licensing and supporting systems and services relating to the provision of Interactive Program Guides;

**WHEREAS**, Gemstar owns, controls or has rights in, to and under the Gemstar IPG Patents; and

**WHEREAS**, Alticast desires to obtain from Gemstar, and Gemstar desires to grant to Alticast, a license under the Gemstar IPG Patents to make, sell and use Authorized IPGs for distribution to and use by Authorized Service Providers in the Territory, on the terms and subject to the conditions set forth in this Agreement.

**NOW, THEREFORE**, in consideration of the premises and the mutual covenants and agreements to set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

**REDACTED**

Exhibit *1*

Page *12*

CONFIDENTIAL

REDACTED

Exhibit _1_
Page _13_

CONFIDENTIAL

REDACTED

3

Exhibit _1_
Page _14_

CONFIDENTIAL

REDACTED

4

Exhibit 1

Page 15

CONFIDENTIAL

REDACTED

5

Exhibit _1_
Page _16_

CONFIDENTIAL

REDACTED

6

Exhibit _1_

Page _17_

CONFIDENTIAL

REDACTED

Exhibit _1_
Page _18_

CONFIDENTIAL

REDACTED

Exhibit _1_

Page _19_

CONFIDENTIAL

**REDACTED**

9

Exhibit _1_
Page _20_

CONFIDENTIAL

REDACTED

10

Exhibit _1_
Page _21_

CONFIDENTIAL

**REDACTED**

*(REMAINDER OF PAGE LEFT BLANK INTENTIONALLY)*

11

Exhibit *1*
Page *22*

CONFIDENTIAL

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be duly executed as of the date first above written.

GEMSTAR-TV GUIDE INTERNATIONAL, INC.

By: _____
    Name:  Rich Battista
    Title:  CEO
    Date:  8/18/05

ALTICAST, CORP.

By: _____
    Name:  Eunsang Yun
    Title:  President of Alticast, Inc.
    Date:  8/17/05

12

Exhibit 1
Page 23