CONFIDENTIAL

# AMENDMENT ONE
# TO
# ALTICAST INTERACTIVE PROGRAM GUIDE
# PATENT LICENSE AGREEMENT
# AND TO
# ALTICAST INTERACTIVE PROGRAM GUIDE
# SERVICES AGREEMENT

This Amendment One to Alticast Interactive Program Guide Patent License Agreement and to Alticast Interactive Program Guide Services Agreement (this "Amendment"), executed on Dec. 17 2008 and effective as of September 1, 2008 (the "Amendment Effective Date"), is made and entered into by and between Gemstar-TV Guide International, Inc. (which together with all of its Subsidiaries may be collectively referred to as "Gemstar") and Alticast, Corp. (which together with all of its Subsidiaries may be collectively referred to as "Alticast").

Recitals

**REDACTED**

**CONFIDENTIAL**

**REDACTED**

CONFIDENTIAL

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be duly executed as of the date first above written.

GEMSTAR-TV GUIDE INTERNATIONAL, INC.

By: _____

Name: Peter Halt

Title: Authorized Signatory

Date: December 17, 2008


ALTICAST, CORP.

By: _____

Name: IL HYUNG KIM

Title: Executive Vice President

Date: December 12, 2008

Amendment One

3



Exhibit 2
Page 26