AMENDMENT TWO
TO
ALTICAST INTERACTIVE PROGRAM GUIDE
PATENT LICENSE AGREEMENT
AND TO
ALTICAST INTERACTIVE PROGRAM GUIDE
SERVICES AGREEMENT

This Amendment Two to Alticast Interactive Program Guide Patent License Agreement and to Alticast Interactive Program Guide Services Agreement (this "Amendment Two"), executed on October 23, 2009 and effective as of October 1, 2009 (the "Amendment Two Effective Date"), is made and entered into by and between Rovi Guides, Inc., formerly known as Gemstar-TV Guide International, Inc. (which together with all of its Subsidiaries may be collectively referred to as "Rovi") and Alticast Corp. (which together with all of its Subsidiaries may be collectively referred to as "Alticast").

**REDACTED**

**REDACTED**

**REDACTED**

3
Amendment Two to Alticast IPG Patent License Agreement

Exhibit 3
Page 29

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment Two to be duly executed as of the date first above written.

ROVI GUIDES, INC.

By: _____

Name: _____

Title: _____AUTH_____ IATORY____

Date: November 2, 2009

ALTICAST CORP.

By: _____

Name: IL HYUNG KIM

Title: President

Date: Ocbober 23, 2009