

Rovi Corporation
2233 North Ontario Street
Burbank, CA 91504

Toll Free 866.891.6876
Main 818.295.6650
Fax 818.295.6797

rovicorp.com

January 3, 2011

Mr. Jung-Hoon Ha
Legal Counsel
Alticast Corp.
18th Fl. Nara Jonghap Keumyung Building,
Seocho- 2 dong 1328-3, Seocho-Ku,
Seoul, Korea 137-858

**REDACTED**

Dear Mr. Jung-Hoon Ha:

Rovi Guides, Inc., formerly known as Gemstar-TV Guide International, Inc. ("Rovi") and Alticast Corp. ("Licensee") are parties to the Interactive Program Guide Patent License Agreement dated September 1, 2005, as amended (the "Agreement"). All capitalized terms not otherwise defined herein shall have the same meaning as those defined terms set forth in the Agreement.

**REDACTED**

Exhibit 4
Page 31

REDACTED

Sincerely,

**Rovi Guides, Inc.**

By: _[signature]_
Name: Kerry Samovar
Title: Authorized Signatory
Date: Jan 3 2011

Accepted and Agreed as of January 3, 2011:

**Alticast Corp.**

By: _[signature]_
Name: IL Hyung Kim
Title: President

Exhibit 4
Page 32